UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                    Case No. 15-41632-ESS

Joann, Scott                              Chapter: 13

    Debtor(s)
----------------------------------------------------------x

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. STONG, Bankruptcy Judge;

I Jo Ann, Scott, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to:

Hold Sale of my house as of Invalid Because I was still In Bankruptcy

In support of the relief requested, I hereby allege as follows:

Sold my House with out me knowing about it wile I was still In Bankruptcy Court and I through I was. Protected
the Sale Took Place on. August 13 when my Bankruptcy Case was still open.

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: 9/21/15

By: JoAnn Scott
(Signature of movant)

Type or Print Name: JoAnn, Scott
Address: 382 Quincy St
         Brooklyn NY 11216
Telephone Number: (347) 806-1287
                  (347) 806-1287

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**RETURN DATE:** _____

---------------------------------------------------------x

In re:   Case No. *15-41632-ESS*

Chapter: *13*

*Joann, Scott*

**Debtor(s)**

---------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, *Joann, Scott* seeking entry of an Order to *Hold the Sale of my House as of ~~Not~~ Invalid Because I was Still In Bankruptcy* , it is

**ORDERED** that _____ show cause at _____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon _____, and upon the Trustee at _____and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge

# FORECLOSURE AUCTION SURPLUS MONIES FORM



SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY

---------------------------------------X
FJN MANAGEMENT
                Plaintiff(s),

-against-

SCOTT
                Defendant(s).
---------------------------------------X

Part: 70
Hon.: TOUSSAINT
Index No.: 03149/2008
Date: 8/13/15

### A. To be completed by Court Clerk

Amount of final judgment of foreclosure: $768,292.79

Upset price (supplied by bank's representative): $975,000

Sale price of property: $1,005,000

### B: To be completed by Referee conducting the sale (please print)

Name: Adele Cohen
Address: 711 Brightwater Ct, Apt 6D, Brooklyn, NY
Telephone: ___
Signature and Date: Adele Cohen  8/13/15

### C. To be completed by Plaintiff's Representative

Name (please print): Peter T. Roach & Assoc
Address: 125 Michael Dr, Ste 105, Syosset NY 11791
Telephone: 516 938 3100 x330
Signature and Date: [signature] 8/13/15

### D. To be completed by Purchaser

Name (please print): By Elias Tatio for ESJO LLC
Address: 26 Hen Hawk Rd, Great Neck, NY 11024
Telephone: (718) 619-5025
Signature and Date: [signature]

Kings Co. Foreclosure Dept. 2013 (rev. 9/13)

Printed: 9/18/2015